UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO ARREOLA et al., ) | Case No.: 5:13-cv-02169-PSG |
| Plaintiffs, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| J.P. MORGAN CHASE BANK, N.A., et al., ) | |
| Defendants. ) | |

On August 13, 2013, a case management conference was scheduled to be held. None of the parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than September 17, 2013, Plaintiff Alberto Arreola is ordered to show cause in writing why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: September 10, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 5:13-cv-02169-PSG
ORDER